# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

**No.** 25-1344    **Short Title:** AAMC, et al. v. NIH, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>AAMC, AACP, ASPPH, CBTH and GNYHA</u> as the

[ ] appellant(s)    [✔] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)  [ ] intervenor(s)

<u>/s/ John P. Bueker</u>              <u>6/10/2025</u>
Signature                               Date

<u>John P. Bueker</u>
Name

<u>Ropes & Gray LLP</u>                <u>(617) 951-7000</u>
Firm Name (if applicable)              Telephone Number

<u>800 Boylston Street</u>             _____
Address                                 Fax Number

<u>Boston, MA 02199</u>                <u>john.bueker@ropesgray.com</u>
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: <u>90120</u>

Has this case or any related case previously been on appeal?

[ ] No   [✔] Yes   Court of Appeals No. <u>25-1345</u>

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).